| | |
|---|---|
| RET.: 3RD TUESDAY JANUARY 2022 | SUPERIOR COURT |
| MADELINE DUARTE AND DEANNA MELILLO | J.D. OF FAIRFIELD |
| VS. | AT BRIDGEPORT |
| STEVEN HUNTLEY AND NEW PRIME, INC. | DECEMBER 7, 2021 |

## COMPLAINT

### FIRST COUNT: (As to the Plaintiff, MADELINE DUARTE)

1. On or about October 1, 2020, at approximately 12:53 a.m., the Plaintiff, MADELINE DUARTE, was operating a motor vehicle in a northerly direction in the right travel lane (of three northbound lanes) on I-95 in Norwalk, Connecticut, just south of Exit #16.

2. At that time and place, the Defendant, STEVEN HUNTLEY, was the operator of a motor vehicle, which was owned by the Defendant, NEW PRIME, INC., and which was proceeding in a northerly direction in the center travel lane (of three northbound lanes) on I-95 in Norwalk, Connecticut, just south of Exit #16.

3. At all relevant times herein, the Defendant, STEVEN HUNTLEY, was operating said motor vehicle within his general authority to operate it and/or he was operating it, at all relevant times herein, as the agent, servant and/or employee of the Defendant, NEW PRIME INC., and/or he was a permissive user.

4. As the Plaintiff was properly proceeding in the right lane, the Defendant's motor vehicle suddenly, improperly, and without warning proceeded into the Plaintiff's

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
)GEPORT, CT 06604-4262

(203) 334-0191

JURIS # 58116

lane of travel, and collided into the Plaintiff's motor vehicle, causing the Plaintiff's motor vehicle to strike the right concrete barrier, causing the Plaintiff to suffer the injuries and damages hereinafter set forth.

5. Said occurrence and the resulting injuries were caused by the negligence and/or carelessness of the Defendant, STEVEN HUNTLEY, in one or more of the following respects:

    a. in that he improperly drove his motor vehicle into the Plaintiff's travel lane, vehicle when such movement could not be made with reasonable safety;

    b. in that he made an improper lane change in violation of Connecticut General Statues § 14-236;

    c. in that he was inattentive and failed to keep a proper lookout;

    d. in that he failed to apply his brakes reasonably in time to avoid said collision when he could have or should have done so in the exercise of reasonable care;

    e. in that he did not have said vehicle under reasonable and proper control;

    f. in that he failed to blow his horn or give any timely signal or warning of his approach;

    g. in that he failed to stop his vehicle and/or turn his vehicle in time to avoid a collision;

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
JGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 98116

2

      h.    in that he was operating his vehicle at an unreasonable, improper and excessive rate of speed, having regard to curves, width, traffic, and use of said highway, the intersection of said streets and the weather conditions then and there existing in violation of Connecticut General Statutes §14-218a; and,

      i.    in that he did not use the degree of care which a reasonable and prudent person would have used under like circumstances.

6.    As a proximate result of said occurrence and of the carelessness and negligence of the Defendant, the Plaintiff, MADELINE DUARTE, sustained the following injuries of a serious, painful and permanent nature:

    a.    acute musculoligamentous sprain/strain of the cervical spine;

    b.    reduced range of motion of the cervical spine;

    c.    lumbar radiculopathy;

    d.    acute musculoligamentous sprain/strain of the lumbar spine;

    e.    reduced range of motion of the lumbar spine;

    f.    thoracic sprain/strain;

    g.    chest pain;

    h.    bilateral leg pain and injury;

    i.    bilateral leg numbness, tingling and weakness;

    j.    bilateral thigh pain and injury;

    k.    bilateral thigh numbness, tingling and weakness;

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
DGEPORT, CT 06604-4282
(203) 334-0191
JURIS # 38116

3

    l.    muscle spasms;

    m.    sleep disorder due to pain;

    n.    headaches;

    o.    anxiety;

    p.    PTSD;

    q.    concern for her unborn baby; and,

    r.    bruises, sprains and contusions of her head, body and limbs.

7. As a further result of the Defendant's negligence and/or carelessness, the Plaintiff, MADELINE DUARTE, received a general shock to her nervous system. She has endured and will continue to endure for a long period of time, great mental and physical suffering. She has been and will be permanently restricted and deprived of the usual pleasures, pursuits, diversions and recreations of life.

8. As a further result of the Defendant's negligence, the Plaintiff has incurred expenses for medical care and attention and may continue to do so in the future.

**SECOND COUNT: (As to the Plaintiff, DEANNA MELILLO)**

1. On or about October 1, 2020, at approximately 12:53 a.m., the Plaintiff, DEANNA MELILLO, was a passenger in a motor vehicle, which was being operated by Madeline Duarte, and which was proceeding in a northerly direction in the right travel

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
)GEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

lane (of three northbound lanes) on I-95 in Norwalk, Connecticut, just south of Exit #16.

2. At that time and place, the Defendant, STEVEN HUNTLEY, was the operator of a motor vehicle, which was owned by the Defendant, NEW PRIME, INC., and which was proceeding in a northerly direction in the center travel lane (of three northbound lanes) on I-95 in Norwalk, Connecticut, just south of Exit #16.

3. At all relevant times herein, the Defendant, STEVEN HUNTLEY, was operating said motor vehicle within his general authority to operate it and/or he was operating it, at all relevant times herein, as the agent, servant and/or employee of the Defendant, NEW PRIME INC., and/or he was a permissive user.

4. As the Plaintiff was properly proceeding in the right lane, the Defendant's motor vehicle suddenly, improperly, and without warning proceeded into the Plaintiff's lane of travel, and collided into the Plaintiff's motor vehicle, causing the Plaintiff's motor vehicle to strike the right concrete barrier, causing the Plaintiff to suffer the injuries and damages hereinafter set forth.

5. Said occurrence and the resulting injuries were caused by the negligence and/or carelessness of the Defendant, STEVEN HUNTLEY, in one or more of the following respects:

    a. in that he improperly drove his motor vehicle into the Plaintiff's travel lane, vehicle when such movement could not be made with reasonable safety;

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
DGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

5

b.    in that he made an improper lane change in violation of Connecticut General Statues § 14-236;

c.    in that he was inattentive and failed to keep a proper lookout;

d.    in that he failed to apply his brakes reasonably in time to avoid said collision when he could have or should have done so in the exercise of reasonable care;

e.    in that he did not have said vehicle under reasonable and proper control;

f.    in that he failed to blow his horn or give any timely signal or warning of his approach;

g.    in that he failed to stop his vehicle and/or turn his vehicle in time to avoid a collision;

h.    in that he was operating his vehicle at an unreasonable, improper and excessive rate of speed, having regard to curves, width, traffic, and use of said highway, the intersection of said streets and the weather conditions then and there existing in violation of Connecticut General Statutes §14-218a; and,

i.    in that he did not use the degree of care which a reasonable and prudent person would have used under like circumstances.

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
DGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38118

6

6. As a proximate result of said occurrence and of the carelessness and negligence of the Defendant, the Plaintiff, DEANNA MELILLO, sustained the following injuries of a serious, painful and permanent nature:

   a. low back pain;

   b. lumbar strain/sprain;

   c. reduced range of motion of the lumbar spine;

   d. thoracic sprain/strain;

   e. left flank and side pain;

   f. right shoulder pain;

   g. muscle spasms;

   h. sleep disorder due to pain;

   i. headaches; and,

   j. bruises, sprains and contusions of her head, body and limbs.

7. As a further result of the Defendant's negligence and/or carelessness, the Plaintiff, DEANNA MELILLO, received a general shock to her nervous system. She has endured and will continue to endure for a long period of time, great mental and physical suffering. She has been and will be permanently restricted and deprived of the usual pleasures, pursuits, diversions and recreations of life.

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
OGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

7

8. As a further result of the Defendant's negligence, the Plaintiff has incurred expenses for medical care and attention and may continue to do so in the future.

WHEREFORE, with regard to the First Count, and Second Count, the Plaintiffs claim monetary damages through the jurisdiction of this Court.

THE PLAINTIFFS,

By _/s/ Michael J. Rosnick_
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
 AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203)334-0191
Fax: (203) 334-3463
Juris #: 038116

LAW OFFICES
LLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
DGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

8

| | | |
|---|---|---|
| RET.: 3RD TUESDAY JANUARY 2022 | : | SUPERIOR COURT |
| MADELINE DUARTE AND DEANNA MELILLO | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| STEVEN HUNTLEY AND NEW PRIME, INC. | : | DECEMBER 7, 2021 |

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00) DOLLARS or more exclusive of interest and costs.

THE PLAINTIFFS,

By _/s/ Michael J. Rosnick/mjr/_

MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #038116

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
DGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

9